IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-395-AP**

**ALLEN D. CRIDER,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiff's Unopposed Motion to Supplement Administrative Record (doc. # 10), filed July 8, 2005, is **GRANTED.** The record is supplemented with the three pages submitted and denominated as requested.

Dated:  July 8, 2005