IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00395–EWN

ALLEN D. CRIDER,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security

    Defendant.

## ORDER

Upon consideration of the parties' stipulation (#22), it is

ORDERED that the clerk shall forthwith enter a Judgment for Attorney Fees in favor of Plaintiff and against Defendant in the mount of $6,500.00.

Dated this 23rd day of May, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge